DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

GISELA MARIA JARAMILLO, as personal representative of the Estate
of Jerry J. Jaramillo, deceased; JERRY JARAMILLO & ASSOCIATES,
P.A.; JARAMILLO, SPURGIN & SACKS TRIAL GROUP, P.A.; and
SHIELD LAW GROUP,

Appellants,

v.

KASSEL LAW GROUP, PLLC; THE SACKS LAW GROUP, PLLC;
JOHN P. SACKS; and MATTHEW KASSEL,

Appellees.

No. 2D2025-0639

————————————————

December 19, 2025

Appeal from the Circuit Court for Hillsborough County; Cheryl K.
Thomas, Judge.

Jon L. Johnson of Older Lundy Koch & Martino, Tampa, for Appellants.

Ilene L. Pabian of Holland & Knight LLP, Miami; and Brian H. Koch of
Holland & Knight LLP, Fort Lauderdale, for Appellees.

PER CURIAM.

    Affirmed.

NORTHCUTT, SILBERMAN, and KELLY, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.